UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

**WENDELL TODD ANTILL,**
**On behalf of himself and all others similarly situated**
    **Plaintiff,**

v.

**21ST CENTURY MORTGAGE CORPORATION,**

    **Defendant.**

Case No.  2:21-cv-419

## DEFENDANT 21ST MORTGAGE CORPORATION'S NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1332, 1441, and 1453, Defendant 21st Mortgage Corporation, ("21st") (improperly named "21st Century Mortgage Corporation) hereby removes the subject action from the Circuit Court of Boone County, West Virginia, to the United States District Court for the Southern District of West Virginia, on the following grounds:

1. Plaintiff Wendell Todd Antill instituted an action in the Circuit Court of Boone County, West Virginia, on or about June 15, 2021. A copy of the Complaint is attached hereto as Exhibit A. A copy of the docket sheet from the Boone County clerk of the court is attached as Exhibit B.

2. 21st was served on and through the West Virginia Secretary of State on June 28, 2021. Therefore, removal is timely.

3. Plaintiff's Complaint was filed as a class action on behalf of himself and on behalf of others similarly situated, under West Virginia Rules of Civil Procedure, Rule 23. Plaintiff alleges a violation of the West Virginia Consumer Credit Protection Act, on behalf of himself and as to the

others similarly situated.

4.  This Court has original jurisdiction over the subject action pursuant to 28 U.S.C. §1332 since there is complete diversity between the parties and the amount in controversy is greater than $75,000.00; and 28 U.S.C. §1453 which permits the removal of class actions to federal court.

5.  Pursuant to 28 U.S.C. §1441, et seq., this cause may be removed from the Circuit Court of Boone County, West Virginia, to the United States District Court for the Southern District of West Virginia.

6.  Notice of this removal will promptly be filed with the Circuit Court of Boone County, West Virginia and be served on all adverse parties.

7.  A jury demand was made in state court by Plaintiff.

WHEREFORE, Defendant 21st Mortgage Corporation by counsel, removes the subject action from the Circuit Court of Boone County, West Virginia to the United States District Court for the Southern District of West Virginia.

        **21st Mortgage Corporation,**
        **By Counsel,**

 **/s/ Albert C. Dunn, Jr.**
**Albert C. Dunn, Jr. (WV Bar #5076)**
**BAILEY & WYANT, PLLC**
**500 Virginia Street, East, Suite 600**
**Post Office Box 3710**
**Charleston, West Virginia 25337-3710**
**T: 304.345.4222**
**F: 304.343.3133**
adunn@baileywyant.com

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

**WENDELL TODD ANTILL,**
**On behalf of himself and all others similarly situated**
   **Plaintiff,**

**v.**                                                                  **Case No.**  2:21-cv-419

**21ST CENTURY MORTGAGE CORPORATION,**

  **Defendant.**

### CERTIFICATE OF SERVICE

    **I HEREBY CERTIFY** that a true and correct copy of foregoing Notice of Removal was served upon the following parties through the Court's Electronic Case Filing (ECF) system on this day, Monday, July 26, 2021:

Megan A. Patrick, Esq.
Klein & Sheridan, LC
3566 Teays Valley Rd.
Hurricane, WV  25526
Email Address: ben@kleinsheridan.com
Attorney For: Wendell T. Antill

   /s/ Albert C. Dunn, Jr.
**Albert C. Dunn, Jr. (WV Bar #5076)**
**BAILEY & WYANT, PLLC**
**500 Virginia Street, East, Suite 600**
Post Office Box 3710
Charleston, West Virginia 25337-3710
T: 304.345.4222
F: 304.343.3133
adunn@baileywyant.com