```
       UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF WEST VIRGINIA
              AT CHARLESTON
```

WENDELL TODD ANTILL,
on behalf of himself and
all others similarly situated,

      Plaintiff,

v.                            Civil Action No. 2:21-cv-00419

21ST CENTURY MORTGAGE
COPORATION,

      Defendant.


## JUDGMENT ORDER

In accordance with the court's memorandum opinion and order entered this day granting the plaintiffs' motion to remand, it is ORDERED that this civil action be, and it hereby is, remanded to the Boone County Circuit Court.  It is further ORDERED that this action be, and it hereby is, stricken from the docket of the court.

The Clerk is directed to transmit copies of this judgment order to all counsel of record and any unrepresented parties and a certified copy to the clerk of court for Boone County Circuit Court.

                                          ENTER: August 16, 2021

                                          _____
                                          John T. Copenhaver, Jr.
                                          Senior United States District Judge